# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **193 Hancock LLC**
Debtor(s)

Case No. **21-1148-elf**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **193 Hancock LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gotham Deeds, LLC**
**93-16 71 Drive**
**Forest Hills, NY 11375**

**Urban Legend LLC**
**1749 E 9th Street**
**Brooklyn, NY 11223**

☐ None [*Check if applicable*]

6/28/2021
Date

*/s/ Edmond M. George*
**Edmond M. George, Esquire 45969**
Signature of Attorney or Litigant
Counsel for **193 Hancock LLC**
**Obermayer Rebmann Maxwell & Hippel LLP**

**215-665-3140 Fax:215-665-3165**
**edmond.george@obermayer.com**