UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 15, 2021

To: **Edmond M. George, Esquire**

In re: **193 Hancock LLC**
Bankruptcy No. **21-11468**
Adversary No.
Chapter **11**

Re: **Amended Schedule E/F**

The above document(s) were filed in this office on **7/14/2021.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|       |                                   |
|-------|-----------------------------------|
| ()    | Voluntary Petition Amount         |
| ()    | Adversary Proceeding Amount       |
| **(XX)** | **$32.00 Filing Fee for Amendments** |
| ()    | $26.00 Claims Transfer Fee        |
| ()    | Motion Filing Fee Amount          |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk


By:**Antoinette Stevenson**
Deputy Clerk

*Fee Notice*
*(11/26/18)*